**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARY FRANCES HUFF,**

      **Plaintiff,**

**v.**                                                       **Case No.  8:07-cv-1483-T-24TBM**

**YALE MORTGAGE**
**CORPORATION, et al.,**

      **Defendants.**
                                                                    /

**REPORT AND RECOMMENDATION**

THIS MATTER is before the court on Plaintiff's Affidavit of Indigency (Doc. 3),

which is construed as a motion for leave to proceed *in forma pauperis*.  Plaintiff's affidavit

suggests that she is indigent and should be allowed to proceed without paying the usual filing

fee for civil actions.  However, 28 U.S.C. § 1915 requires the court to dismiss the case at any

time if the court determines that (a) the allegation of poverty is untrue, or (b) the action is

frivolous or malicious or fails to state a claim on which relief may be granted.  Id. at

(e)(2)(A), (B).

Plaintiff, who is proceeding *pro se*, alleges in her Complaint:

> This is an action for damages of $300,000.00.  Mary Frances
> Huff the borrower $117,000.00 (sic) from Yale Mortgage
> Corporation.  Plaintiff Mary Frances Huff is sues (sic) for
> her loan, plus costs.

(Doc. 1).  In support thereof, Plaintiff files a settlement statement from the U.S. Department

of Housing and Urban Development.  No further information is provided.  While *pro se*

pleadings are to be construed liberally, the Complaint fails to comply with Rule 8 of the

Federal Rules of Civil Procedure and I am unable to ascertain the type of claim Plaintiff is

attempting to assert.  Moreover, Plaintiff has failed to have her Affidavit of Indigency

notarized.

      Accordingly, it is RECOMMENDED that the court DENY WITHOUT PREJUDICE

Plaintiff's motion to proceed *in forma pauperis* (Doc. 3) and direct the Plaintiff to refile her

Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of

this court within twenty (20) days.[1]  The Clerk shall forward to Plaintiff a copy of this Report

and Recommendation and a brochure from the Federal Bar Association Pro Bono Civil

Litigation Project.  It is strongly urged that Plaintiff seek the assistance of an attorney through

this program or elsewhere before again filing papers with this court.

                       Respectfully submitted on this
                       6th day of September 2007.

                       THOMAS B. McCOUN III
                       UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

      Failure to file written objections to the proposed findings and recommendations

contained in this report within ten days from the date of its service shall bar an aggrieved

party from attacking the factual findings on appeal and a *de novo* determination by a district

---

[1]Among other places, the Federal Rules of Civil Procedure can be found online at
http://www.uscourts.gov/rules/newrules4.html, and the Local Rules can be found at the
"Forms, Policies, and Publications" section of this court's website, http://www.uscourts.gov.

judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; M.D. Fla. R. 6.02; <u>see also</u> Fed. R. Civ. P. 6; M.D. Fla. R. 4.20.


Copies to:
The Honorable Susan C. Bucklew, United States District Judge
Pro se Plaintiff