UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY FRANCES HUFF,

    Plaintiff,

v.                                                   Case No. 8:07-cv-1483-T-24 TBM

YALE MORTGAGE
CORPORATION, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff's Affidavit of Indigency (Doc. No. 3), which the Court construes as a motion for leave to proceed *in forma pauperis*. This motion was considered by the United States Magistrate Judge Thomas B. McCoun III. On September 6, 2007 Magistrate Judge McCoun filed his Report and Recommendation (Doc. No. 5), in which he noted that Plaintiff's complaint fails to comply with Rule 8 of the Federal Rules of Civil Procedure, in that he was unable to ascertain the type of claim Plaintiff was attempting to assert. Magistrate Judge McCoun also noted that Plaintiff failed to have her Affidavit of Indigency notarized as required. Magistrate Judge McCoun recommended that Plaintiff's motion to proceed *in forma pauperis* should be denied without prejudice, and that Plaintiff should be directed to re-file her complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court within twenty (20) days. Plaintiff was furnished a copy of the Report and Recommendation and was afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and

Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

(1) The Magistrate Judge's Report and Recommendation (Doc. No. 5) is adopted and incorporated by reference in this Order of the Court;

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 3) is **DENIED WITHOUT PREJUDICE**;

(3) Plaintiff may re-file her complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court within twenty (20) days.[1] Failure to file within twenty (20) days will result in a dismissal of this case with prejudice and without further notice; and

(4) If Plaintiff re-files her complaint within the twenty (20) day period set forth herein, Plaintiff may re-file her motion to proceed *in forma pauperis* with an affidavit that has been notarized, or pay the filing fee.

**DONE AND ORDERED** at Tampa, Florida, this 24th day of September, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III, United States Magistrate Judge
Pro se Plaintiff

---

[1] Among other places, the Federal Rules of Civil Procedure can be found online at http://www.uscourts.gov/rules/newrules4.html, and the Local Rules can be found in the "Forms, Policies, and Publications" section of this Court's website, at http://www.uscourts.gov.